**Almon R. Mann, Plaintiff-Appellant, v. R. Zink Sanders, Defendant-Appellee.**

**Gen. No. 10,325.**

Third District.

February 21, 1961.

Rehearing denied April 6, 1961.

Kenneth A. Green, of Mattoon, for appellant; Garman, Greanias & Owen, of Decatur, for appellee. Opinion by JUDGE CARROLL. **Not to be published in full.**